FRANNY A. FORSMAN
Federal Public Defender
Nevada State Bar No. 00014
LORI C. TEICHER
Assistant Federal Public Defender
Nevada State Bar No. 06143
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6261 (FAX)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DALE K. GULBRANSEN,<br><br>Petitioner,<br><br>vs.<br><br>CRAIG FARWELL, et al.,<br><br>Respondents. | 3:05-cv-0544-PMP-VPC<br><br>**ORDER TO TRANSPORT** |

In accordance with the Order of this Court filed on May 6, 2010 (Clerk's Record 47),

IT IS HEREBY ORDERED that the Nevada Department of Corrections will transport **Dale K. Gulbransen (#46668)** from the Lovelock Correctional Center, Lovelock, Nevada, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, to personally attend the evidentiary hearing scheduled on Friday, July 30, 2010 at 9:00 a.m. in Courtroom No. 7C.

Dated this 28th day of June, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/ Lori C. Teicher
_____
Lori C. Teicher
Assistant Federal Public Defender
Nevada State Bar No. 06143
Law Offices of the Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
*Attorneys for Dale K. Gulbransen*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 28, 2010, she served a true and accurate copy of the foregoing to the Untied States District Court, who will e-serve the following addressee:

| | |
|---|---|
| Heather D. Procter<br>Deputy Attorney General<br>Criminal Justice Division<br>100 N. Carson Street<br>Carson City, NV 89701-1271 | Dale K. Gulbransen<br>NDOC #46668<br>Lovelock Correctional Center<br>1200 Prison Road<br>Lovelock, NV 89419 |

/s/ Brandon Winer
Brandon Winer, An Employee of the
Federal Public Defender's Office

O:\00 NCH\cases-open\Gulbransen\pl\Order to Transport.06-25-10.wpd