IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| DALE K. GULBRANSEN, | ) | Case No. 3:05-cv-0544-PMP-VPC |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING SERVICE OF SUBPOENAS** |
| | ) | |
| vs. | ) | |
| | ) | |
| CRAIG FARWELL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Respondents, through counsel have filed two Motions for Condition Service of Subpoena of two out-of-state witnesses (Document ##53, 54). Based on her accompanying affidavit, counsel can show good cause for the service of these subpoenas.

IT IS THEREFORE ORDERED, that Respondents' Motions for Conditional Service of Subpoena is GRANTED.

IT IS FURTHER ORDERED witnesses Margaret Lerner and Terry Woodford may appear telephonically before this Court. The clerk of this Court will contact witnesses via telephone to testify at the evidentiary hearing scheduled for Friday, July 30, 2010, at 9:00 a.m., in Courtroom 7C of the United States District Court, District of Nevada, Las Vegas.

DATED: July 21, 2010.

_____
PHILLIP M. PRO
United States District Judge

-1-