AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF   NEVADA

DALE K. GULBRANSEN,

       Petitioner,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-CV-00544-PMP-VPC**

FRANKIE SUE DEL PAPA, et al.,

       Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Respondents' motion to dismiss (Docket No. 33) is DENIED as to grounds 5 and 8(G).
     **FURTHER ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (Document No. 4) is **CONDITIONALLY GRANTED**.

   September 1, 2010                    **LANCE S. WILSON**
                                                Clerk

                                               /s/ Katie Lynn Ogden
                                                 Deputy Clerk